The State ex rel. Nash, Appellee, v. Industrial Commission of Ohio et al.; Newell Rubbermaid, Inc., Appellant.

[Cite as State ex rel. Nash v. Indus. Comm. (2001), 93 Ohio St.3d 188.]

(No. 01–194—Submitted July 17, 2001—Decided September 19, 2001.)

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer and Lundberg Stratton, JJ., concur.

Cook, J., dissents.

M. Blake Stone, L.P.A., and M. Blake Stone, for appellee.

Critchfield, Critchfield & Johnston, Ltd., and Susan E. Baker, for appellant.